### 3865.   J. G. & M. L. Crowley *v.* McCracken.

Hill, C. J.   1. A defendant can not complain because a verdict rendered against him was too small, under the evidence, and should have been for a larger amount. *Jones & Phillips, Inc.* v. *Patrick*, ante, 67; *Pullman Co.* v. *Schaffner*, 126 *Ga.* 609 (55 S. E. 933); *Central Ry. Co.* v. *Trammell*, 114 *Ga.* 315 (40 S. E. 259); *Strickland* v. *Hutchinson*, 123 *Ga.* 399 (51 S. E. 348); *Roberts* v. *Rigden*, 81 *Ga.* 440 (7 S. E. 742).

2. No specific error of law is complained of, and the verdict is supported by the evidence. The judgment is affirmed, with ten per cent. damages on the amount of the judgment recovered in the court below, for delay on account of suing out and prosecuting the writ of error.

*Judgment affirmed, with damages.*

Decided April 16, 1912.

Attachment; from city court of Nashville—Judge Buie. October term, 1911.

*J. W. Powell, J. H. Hull, W. G. Harrison,* for plaintiffs in error. *Hendricks & Christian,* contra.